IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERESA DEEN WEBB and
DUSTYN KEITH WEBB,

      Appellants,

v.

STATE OF FLORIDA,
DEPARTMENT OF
FINANCIAL SERVICES AS
RECEIVER FOR UNITED
SOUTHERN ASSURANCE
COMPANY,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5848

Opinion filed February 7, 2017.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Mary L. Wakeman of the Heuler-Wakeman Law Group, P.L., Tallahassee, for Appellants.

Timothy L. Newhall, Chief Attorney and Conor J. McLaughlin, Senior Attorney, Department of Financial Services, Division of Rehabilitation and Liquidation, Tallahassee, for Appellee.


PER CURIAM.

      AFFIRMED.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.